UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re Zachary W. Rehl )
)  Chapter 7
)
)  Case No. 10-38179
)
_____Debtor(s)___)

### Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 29 Nov 10                          _____
                                          Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) REHL, ZACHARY W | 2 SSN *****3662 | 3 RANK LCPL | 4 SERV USMC | 5 PLT CODE SILD | 6 DATE PREP 20100923 | 7 PRD COVERED 1-30 SEP | 8 PEBD 20081014 | 9 YRS 01 | 10 EAS 20121013 | 11 ECC 20121013 | 12 MCC DIST RUC 027 02231 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B FORECAST AMOUNTS | 13 DATE 20101015 | AMOUNT $1333.66 | 14 DATE 20101101 | AMOUNT $1800.46 | C SPLIT PAY | 15 START DATE | 16 AMOUNT $.00 | 17 BALANCE $.00 | 18 POE 12011 | D. DIRECT DEPOSIT/EFT/ADDRESS TD BANK, NA ATT: LISA GANT ACH RETAIL AIM #02-202-01-20 1100 ATRIUM WAY MT LAUREL NJ 080540000 | | |

## E LEAVE INFORMATION

| 19 LV BF | 20 EARNED | 21 USED | 22 EXCESS | 23 BAL | 24 MAX ACCRUAL | 25 LOST | 26 SOLD AS OF | 27 CBT LV BAL | 28 ASED | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION 0000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.5 | 2.5 | 0 | .0 | 18.0 | 61.5 | .0 | .0 | 00000000 .0 | 00000000 | | | | |

F AVIATION PAY INFORMATION

## G TAX INFORMATION

**33 STATE TAX**
STATE CODE PA
EXEMPTIONS S 01
WAGES THIS PRD $1654.63
WAGES YTD $14857.55
STATE TAX YTD $.00

**34 FEDERAL TAX**
EXEMPTIONS S 01
WAGES THIS PRD $1654.63
WAGES YTD $14857.55
FED TAX YTD $973.36

**35 FICA (SOCIAL SECURITY TAX)**
SSEC WAGES THIS PRD $1705.80
SSEC WAGES YTD $15352.20
SSEC TAX YTD $951.84
MEDICARE WAGES THIS PRD $1705.80
MEDICARE WAGES YTD $15352.20
MEDICARE TAX YTD $222.61

**H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT**
YOU HAVE THE RIGHT TO:
-INSPECT AND COPY RECORDS PERTAINING TO DEBT
-QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE
-NEGOTIATE A REPAYMENT SCHEDULE
-REQUEST A WAIVER OF DEBT

MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND.

| I ADDITIONAL BAH INFORMATION | | | | | | | J CAREER SEA PAY | | K EDUCATION DEDUCTION | | | L ADMIN INFO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP 85369 | 38 | 39 | 40 | 41 | 42 | 43 DATE 00000000 | TOTAL CAREER SEA SVC 00 YRS 00 MO 00 DA | 44 TYPE MGIB | 45 MONTHLY AMT $.00 | 46 TOTAL $1200.00 | 47 PAY STATUS 00000 |

| | | | | | | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20081014 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| M RESERVE DRILL INFORMATION | | | | | | N RESERVE RETIREMENT INFORMATION | | | | | | 50 RESERVE ECC | 51 DSSN 6187 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS |

| 66 AFADBD 20081014 | 67 DEAF 20080828 | 68 TSP TAX DEFERRED $494.65 | 69 TSP TAX EXEMPT $.00 | 70 |
|---|---|---|---|---|

## O REMARKS

```
BROUGHT FWD                  .00
        ENTITLEMENTS
BASIC PAY                1,705.80    TAXABLE FOR FITW, SITW & FICA
BAS (MONTHLY)              323.87
BAH WITH DEPNS           1,002.00
        TOTAL            3,031.67
        DEDUCTIONS
FITW   (FED TAX)           108.72
SOCIAL SECURITY            105.76
MEDICARE                    24.74
SGLI $400,000               26.00
TSGLI                        1.00
USN/MC RET HOME               .50
LOAN ALLOTMENT              50.00    329 NMCRS ARLINGTON
TSP                         51.17    DEFERRED TSP
        TOTAL              367.89
        PAYMENTS                     DATE       DSSN    VOU           RUC/PRNO
REGULAR PAYMENT          1,331.90    20100915   6102    0000030023    00001023
REGULAR PAYMENT          1,331.88    20101001   6102    0000030024    00001024
        TOTAL            2,663.78
CARRIED FWD                  .00
MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
** RETIREMENT PLAN REFLECTS:  BLANK**
"BOND PAYROLL DEDUCTIONS WILL BE TERMINATED AS OF 20100930 PER
US TREASURY DIRECTIVE. MARINES WANTING TO CONTINUE TO PURCHASE
BONDS NEED TO ESTABLISH AN ACCOUNT VIA WWW.TREASURYDIRECT.GOV"
"MULTI-MONTH BOND PURCHASES THAT CANNOT BE COMPLETED BY
20100930, HAVE BEEN REFUNDED WITH EOM PAY DAY."
"ID CARD EXPIRING?  SCHEDULE YOUR APPT AT
HTTP://APPOINTMENTS.CAC.NAVY.MIL/ AND AVOID LONG WAIT TIMES."
"VOTE! IT'S EASY AND QUICK! REQUEST YOUR BALLOT FOR
NOVEMBER 2 GENERAL ELECTION! GO TO WWW.FVAP.GOV."
"DFAS IS NOW ON FACEBOOK AT
WWW.FACEBOOK.COM/DEFENSEFINANCEANDACCOUNTINGSERVICE."
"USE YOUR COMMISSARY BENEFIT. SAVE 30% OR MORE!"
"CLAIMS FOR RETRO STOP-LOSS MUST BE RECEIVED BY OCT 21, 2010.
FOR INFO GO TO HTTP://WWW.DEFENSE.GOV/STOPLOSS."
```

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

## A ID INFO

| 1 NAME (LAST, FIRST, MI) | 2 SSN | 3 RANK | 4 SERV | 5 PLT CODE | 6 DATE PREP | 7 PRD COVERED | 8 PEBD | 9 YRS | 10 EAS | 11 ECC | 12 MCC DIST RUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REHL, ZACHARY W | *****3662 | LCPL | USMC | SILD | 20101020 | 1-31 OCT | 20081014 | 02 | 20121013 | 20121013 | 027   02231 |

## B FORECAST AMOUNTS

| 13 DATE | AMOUNT | 14 DATE | AMOUNT | C SPLIT PAY | 15 START DATE | 16 AMOUNT | 17 BALANCE | 18 POE | D. DIRECT DEPOSIT/EFT/ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| 20101115 | $ 1372.07 | 20101201 | $ 1372.05 | | | $ .00 | $ .00 | 12011 | TD BANK, NA ATT: LISA GANT ACH RETAIL AIM #02-202-01-20 1100 ATRIUM WAY MT LAUREL   NJ 080540000 |

## E LEAVE INFORMATION

| 19 LV BF | 20 EARNED | 21 USED | 22 EXCESS | 23 BAL | 24 MAX ACCRUAL | 25 LOST | 26 SOLD AS OF | 27 CBT LV BAL | 28 ASED | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18.0 | 2.5 | 0 | .0 | 20.5 | 59.0 | .0 | .0 | 00000000 .0 | 00000000 | | | | 0000 |

## F AVIATION PAY INFORMATION

## G TAX INFORMATION

### 33 STATE TAX
- STATE CODE: PA
- EXEMPTIONS: S 01
- WAGES THIS PRD: $1713.66
- WAGES YTD: $16571.21
- STATE TAX YTD: $.00

### 34 FEDERAL TAX
- EXEMPTIONS: S 01
- WAGES THIS PRD: $1713.66
- WAGES YTD: $16571.21
- FED TAX YTD: $1090.93

### 35 FICA (SOCIAL SECURITY TAX)
- SSEC WAGES THIS PRD: $1766.66
- SSEC WAGES YTD: $17118.86
- SSEC TAX YTD: $1061.37
- MEDICARE WAGES THIS PRD: $1766.66
- MEDICARE WAGES YTD: $17118.86
- MEDICARE TAX YTD: $248.22

## H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT
YOU HAVE THE RIGHT TO:
- INSPECT AND COPY RECORDS PERTAINING TO DEBT
- QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE
- NEGOTIATE A REPAYMENT SCHEDULE
- REQUEST A WAIVER OF DEBT

MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND.

## I ADDITIONAL BAH INFORMATION

| 36 | 37 BAH ZIP | 38 | 39 | 40 | 41 | 42 |
|---|---|---|---|---|---|---|
| | 85369 | | | | | |

## J CAREER SEA PAY
| 43 DATE | TOTAL CAREER SEA SVC |
|---|---|
| 00000000 | 00 YRS   00 MO   00 DA |

## K EDUCATION DEDUCTION
| 44 TYPE | 45 MONTHLY AMT | 46 TOTAL |
|---|---|---|
| MGIB | $ .00 | $ 1200.00 |

## L ADMIN INFO
| 47 PAY STATUS |
|---|
| 00000 |

## M RESERVE DRILL INFORMATION / N RESERVE RETIREMENT INFORMATION

| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | 6187 |

## 48 PAY GROUP: 00013    49 CRA DATE: 20081014

| 66 AFADBD | 67 DEAF | 68 TSP TAX DEFERRED | 69 TSP TAX EXEMPT | 70 |
|---|---|---|---|---|
| 20081014 | 20080828 | $ 547.65 | $ .00 | |

## O REMARKS

```
BROUGHT FWD                  .00
    ENTITLEMENTS
BASIC PAY                1,027.48   START 20101014 AMOUNT  1,813.20
                                    TAXABLE FOR FITW, SITW & FICA
                           739.18   STOP 20101013 AMOUNT  1,705.80
                                    TAXABLE FOR FITW, SITW & FICA
BAS (MONTHLY)              323.87
ANN CLOTH (BRA)            403.20   START 20091101 STOP 20101031
                                    AMT 33.60
BAH WITH DEPNS           1,002.00
         TOTAL           3,495.73
    DEDUCTIONS
FITW (FED TAX)             117.57
SOCIAL SECURITY            109.53
MEDICARE                    25.61
SGLI $400,000               26.00
TSGLI                        1.00
USN/MC RET HOME               .50   329 NMCRS ARLINGTON
LOAN ALLOTMENT              50.00
TSP                         53.00   DEFERRED TSP
         TOTAL             383.21
    PAYMENTS                          DATE       DSSN      VOU       RUC/PRNO
REGULAR PAYMENT          1,333.66   20101015     6102   0000030001   00001001
REGULAR PAYMENT          1,778.86   20101101     6102   0000030002   00001002
         TOTAL           3,112.52
CARRIED FWD                  .00
MBR IS ENTITLED TO CONUS COLA. COMPUTED AMT IS $0.00
ANN/PARTIAL CRA PD 20101031. NET CRA PMT MAY REFLECT DED FOR NONPAY PRD DURING
ENT PRD OR PARTIAL PMT DUE TO CRA ENT DT CORR.
** RETIREMENT PLAN REFLECTS: BLANK**
COMPLETED 02 YRS FOR PAY 20101014
"ENROLL IN MARINENET FOR SELF-EDUCATION BONUS PROMOTION
POINTS, RESERVE RETIREMENT CREDITS AND TO BECOME A MARINENET
TRAINING MANAGER. VISIT WWW.MARINENET.USMC.MIL FOR DETAILS."
"PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW!"
"ID CARD EXPIRING?  SCHEDULE YOUR APPT AT
HTTP://APPOINTMENTS.CAC.NAVY.MIL/ AND AVOID LONG WAIT TIMES."
"MARINES NEEDED FOR EXTENDED ACTIVE DUTY RECRUITING AND
RECRUITER ASSIST. EARN PROMOTION PTS, SPEND 30 DAYS AT HOME &
INCREASE PROMTN CHANCES. CONTACT LOCAL RECRUITING STATION."
"DEADLINE FOR RETRO STOP-LOSS CLAIMS EXTENDED TO DECEMBER 3,
2010. FOR CLAIM INFORMATION GO TO
HTTP://WWW.DEFENSE.GOV/STOPLOSS."
"VOTE! IT'S EASY AND QUICK! REQUEST YOUR BALLOT FOR THE
NOVEMBER 2 GENERAL ELECTION! GO TO WWW.FVAP.GOV."
```