B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **0:10−bk−38179−JMM**
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ZACHARY W REHL
   1600 W. 12TH ST. APT 2314
   YUMA, AZ 85364

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3662

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                BY THE COURT

Dated: 4/22/11                                         James M. Marlar
                                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                                District of Arizona

In re:                                                       Case No. 10-38179-JMM
ZACHARY W REHL                                               Chapter 7
      Debtor                   CERTIFICATE OF NOTICE

District/off: 0970-0     User: manningja         Page 1 of 1      Date Rcvd: Apr 22, 2011
                         Form ID: b18            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2011.
db         +ZACHARY W REHL,    1600 W. 12TH ST. APT 2314,    YUMA, AZ 85364-9008
9906322    +AL FIANCIAL CORP,    7250 N 16TH STREET STE 400,    PHOENIX, AZ 85020-5281
9906317    +APEX ASSET MANAGEMENT,    PO BOX 7044,    1891 SANTA BARBARA,    LANCASTER, PA 17601-4106
9906316    +BIORN CORPORATION,    7865 STATE HIGHWAY 55,    ROCKFORD, MN 55373-4551
9906318    +CAVALRY PORTFOLIO SVS,    500 SUMMIT LAKE DR, STE 4A,    VALHALLA, NY 10595-2323
9906315    +ENHANCED RECOVERY COMPANY,    10550 DEERWOOD PARK BLVD STE 6,    JACKSONVILLE, FL 32256-0596
9906323    +POLICE AND FIRE FCU,    901 ARCH STREET,    PHILADELPHIA, PA 19107-2495
9906330    +PYOD,   PO BOX 10497,    GREENVILLE, SC 29603-0497
9906324    +SALLIE MAE LSCF,    1002 ARTHUR DRIVE,    LYNN HAVEN, FL 32444-1683
9906320    +UNIQUE NATIONAL COLLECTIONS,    119 E MAPLE ST,    JEFFERSON, IN 47130-3439
9906325    +USA FUNDS,   PO BOX 6180,    INDIANAPOLIS, IN 46206-6180
9906313    +WILLIAM W SIEGEL & ASSOCI,    7 PENN PLZ,    AT LAW LLC,    NEW YORK, NY 10001-3967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QLJWARFIELD.COM Apr 22 2011 22:18:00     LAWRENCE J. WARFIELD,    P.O. BOX 14647,
              SCOTTSDALE, AZ 85267-4647
smg          EDI: AZDEPREV.COM Apr 22 2011 22:18:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
9906326    +EDI: AMEREXPR.COM Apr 22 2011 22:18:00      AMERICAN EXPRESS,    PO BOX 981537,
              EL PASO, TX 79998-1537
9906329    +EDI: ARROW.COM Apr 22 2011 22:18:00     ARROW FIANCIAL SERVICES,    5996 W TOUHY AVE,
              NILES, IL 60714-4610
9906331    +EDI: BANKAMER.COM Apr 22 2011 22:18:00      BANK OF AMERICA,    PO BOX 15026,
              WILMINGTON, DE 19850-5026
9906328    +EDI: HFC.COM Apr 22 2011 22:18:00     BENEFICIAL NATIONAL BANK,    PO BOX 15518,
              WILMINGTON, DE 19850-5518
9906319    +EDI: CMIGROUP.COM Apr 22 2011 22:18:00      CMI,   4200 INTERNATIONAL,    CARROLLTON, TX 75007-1930
9906332    +EDI: RMSC.COM Apr 22 2011 22:18:00     GEMB/JC PENNYS,    PO BOX 981402,    EL PASO, TX 79998-1402
9906327    +E-mail/Text: bankruptcy@hccredit.com Apr 22 2011 22:33:25     HC PROCESSING CENTER,    PO BOX 829,
              SPRINGDALE, AR 72765-0829
9906321    +EDI: HFC.COM Apr 22 2011 22:18:00     HSBC BEST BUY,    PO BOX 5253,    CAROLSTREAM, IL 60197-5253
9906324    +EDI: SALMAESERVICING.COM Apr 22 2011 22:18:00      SALLIE MAE LSCF,    1002 ARTHUR DRIVE,
              LYNN HAVEN, FL 32444-1683
9906325    +EDI: SALMAEGUARANTEE.COM Apr 22 2011 22:18:00      USA FUNDS,    PO BOX 6180,
              INDIANAPOLIS, IN 46206-6180
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9906314     ##+RECEIVABLES PERFORMANCES MG,    10413 BEARDSLEE BLVD,    BOTHELL, WA 98011-3463
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2011**              **Signature:** *Joseph Speetjens*