# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                  Case No.: 0:10–bk–38179–JMM

ZACHARY W REHL                                          Chapter: 7
1600 W. 12TH ST. APT 2314
YUMA, AZ 85364
**SSAN:** xxx–xx–3662
**EIN:**

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.      All Creditors of the above–named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **April 23, 2012** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.      For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.      The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4.      YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: January 20, 2012**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court – Yuma
325 W 19th Street, Suite D                              **George Prentice**
Yuma, AZ 85364
Telephone number:  (928) 783–2288
www.azb.uscourts.gov

In re:                                                          Case No. 10-38179-JMM
ZACHARY W REHL                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2012.
db          +ZACHARY W REHL,   1600 W. 12TH ST. APT 2314,   YUMA, AZ 85364-9008
9906322     +AL FIANCIAL CORP,   7250 N 16TH STREET STE 400,   PHOENIX, AZ 85020-5281
9906317     +APEX ASSET MANAGEMENT,   PO BOX 7044,   1891 SANTA BARBARA,   LANCASTER, PA 17601-4106
9906316     +BIORN CORPORATION,   7865 STATE HIGHWAY 55,   ROCKFORD, MN 55373-4551
9906318     +CAVALRY PORTFOLIO SVS,   500 SUMMIT LAKE DR STE 4A,   VALHALLA, NY 10595-2323
9906315     +ENHANCED RECOVERY COMPANY,   10550 DEERWOOD PARK BLVD STE 6,   JACKSONVILLE, FL 32256-0596
9906323     +POLICE AND FIRE FCU,   901 ARCH STREET,   PHILADELPHIA, PA 19107-2495
9906320     +UNIQUE NATIONAL COLLECTIONS,   119 E MAPLE ST,   JEFFERSON, IN 47130-3439
9906313     +WILLIAM W SIEGEL & ASSOCI,   7 PENN PLZ,   AT LAW LLC,   NEW YORK, NY 10001-3971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QLJWARFIELD.COM Jan 21 2012 01:53:00      LAWRENCE J. WARFIELD,   P.O. BOX 14647,
              SCOTTSDALE, AZ 85267-4647
smg          EDI: AZDEPREV.COM Jan 21 2012 01:53:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
9906326     +EDI: AMEREXPR.COM Jan 21 2012 01:53:00      AMERICAN EXPRESS,   PO BOX 981537,
              EL PASO, TX 79998-1537
9906329     +EDI: ARROW.COM Jan 21 2012 01:53:00      ARROW FIANCIAL SERVICES,   5996 W TOUHY AVE,
              NILES, IL 60714-4610
9906331     +EDI: BANKAMER.COM Jan 21 2012 01:53:00      BANK OF AMERICA,   PO BOX 15026,
              WILMINGTON, DE 19850-5026
9906328     +EDI: HFC.COM Jan 21 2012 01:53:00      BENEFICIAL NATIONAL BANK,   PO BOX 15518,
              WILMINGTON, DE 19850-5518
9906319     +EDI: CMIGROUP.COM Jan 21 2012 01:53:00      CMI,   4200 INTERNATIONAL,   CARROLLTON, TX 75007-1930
9906332     +EDI: RMSC.COM Jan 21 2012 01:53:00      GEMB/JC PENNYS,   PO BOX 981402,   EL PASO, TX 79998-1402
9906327     +E-mail/Text: bankruptcy@hccredit.com Jan 21 2012 08:30:49      HC PROCESSING CENTER,   PO BOX 829,
              SPRINGDALE, AR 72765-0829
9906321     +EDI: HFC.COM Jan 21 2012 01:53:00      HSBC BEST BUY,   PO BOX 5253,   CAROLSTREAM, IL 60197-5253
9906330     +EDI: RESURGENT.COM Jan 21 2012 01:53:00      PYOD,   PO BOX 10497,   GREENVILLE, SC 29603-0497
9906324     +EDI: SALMAESERVICING.COM Jan 21 2012 01:53:00      SALLIE MAE LSCF,   1002 ARTHUR DRIVE,
              LYNN HAVEN, FL 32444-1683
9906325     +EDI: SALMAEGUARANTEE.COM Jan 21 2012 01:54:00      USA FUNDS,   PO BOX 6180,
              INDIANAPOLIS, IN 46206-6180
                                                                              TOTAL: 13


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9906314     ##+RECEIVABLES PERFORMANCES MG,   10413 BEARDSLEE BLVD,   BOTHELL, WA 98011-3463
                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jan 22, 2012**                    **Signature:**    *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2012 at the address(es) listed below:
          LAWRENCE J. WARFIELD     lwarfield@warfieldcpas.com,
            az24@ecfcbis.com;ajordan@warfieldcpas.com;rbrinkley@warfieldcpas.com;lwarfield@ecf.epiqsystems.co
            m;rwarfield@warfieldcpas.com
          U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                        TOTAL: 2