210B (12/09)

# United States Bankruptcy Court

District of Arizona
Case No. 0:10-bk-38179-JMM
Chapter 7

In re: Debtor(s) (including Name and Address)

ZACHARY W REHL
1600 W. 12TH ST. APT 2314
YUMA AZ 85364

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/23/2013.

Name and Address of Alleged Transferor(s):

Claim No. 5: Capital Recovery III LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605

Name and Address of Transferee:

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/25/13

George Prentice
**CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                              District of Arizona
In re:                                                         Case No. 10-38179-JMM
ZACHARY W REHL                                                 Chapter 7
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0970-0          User: schriste           Page 1 of 2         Date Rcvd: Jan 23, 2013
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 11226285       E-mail/PDF: rmscedi@recoverycorp.com Jan 24 2013 04:33:17     Capital Recovery III LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2013**                    **Signature:**       *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2013 at the address(es) listed below:
        LAWRENCE J. WARFIELD   lwarfield@warfieldcpas.com,
         az24@ecfcbis.com;ajordan@warfieldcpas.com;rwarfield@warfieldcpas.com;ljw@trustesolutions.net;kthompson@warfieldcpas.com
        U.S. TRUSTEE   USTPRegion14.PX.ECF@USDOJ.GOV

                                                              TOTAL: 2